UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**Petitioner**

MBD No. 03-10374-JLA

**v.**

**HERBERT YOLIN**
**Defendant**

### ASSENTED TO MOTION FOR A CONTINUANCE

Now comes the Defendant in the above entitled action and move this honorable court to continue the hearing scheduled on May 27, 2004 at 10:30 A.M. regarding the Order to Show Cause issued in this matter.

As reasons therefore the Defendant states the following:

1. That counsel for the Defendant has been recently retained.

2. That a continuance of 45 days will allow the parties the opportunity to attempt to resolve their differences without the expenditure of the Court's time or resources.

Herbert Yolin
by his attorney

/s/Timothy Burke
Timothy J. Burke
Burke & Associates
B.B.O.# 543837
400 Washington Street
Braintree, MA   02184
Dated: May 25, 2004                (781) 380-0770

Assented to:                    /s/Anton Giedt by Timothy Burke
                                Anton Giedt
                                United States Attorney's Office
                                United States Courthouse
                                Suite 9200
                                1 Courthouse Way
                                Boston, MA   02110
                                617-748-3282


### Defendant's Certificate of Compliance with Local Rule 7.1.

Plaintiff's counsel hereby certifies that his office telephoned counsel for the Plaintiff, Anton Giedt, on this date. Mr. Geidt gave his assent to this motion.


### Certificate of Service

I hereby certify that a true copy of the above document was served upon each attorney of record via first class mail on May 25, 2004.

                                /s/Timothy Burke
                                Timothy Burke

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**Petitioner**

MBD No. 03-10375-JLA

**v.**

**HERBERT YOLIN**
**Defendant**

### ASSENTED TO MOTION FOR A CONTINUANCE

Now comes the Defendant in the above entitled action and move this honorable court to continue the hearing scheduled on May 27, 2004 at 10:30 A.M. regarding the Order to Show Cause issued in this matter.

As reasons therefore the Defendant states the following:

1. That counsel for the Defendant has been recently retained.

2. That a continuance of 45 days will allow the parties the opportunity to attempt to resolve their differences without the expenditure of the Court's time or resources.

        Herbert Yolin
        by his attorney

        /s/ Timothy Burke
        Timothy J. Burke
        Burke & Associates
        B.B.O.# 543837
        400 Washington Street
        Braintree, MA   02184
Dated: May 25, 2004        (781) 380-0770

1

```
Assented to:                    /s/Anton Giedt by Timothy Burke
                                Anton Giedt
                                United States Attorney's Office
                                United States Courthouse
                                Suite 9200
                                1 Courthouse Way
                                Boston, MA   02110
                                617-748-3282
```

### Defendant's Certificate of Compliance with Local Rule 7.1.

Plaintiff's counsel hereby certifies that his office telephoned counsel for the Plaintiff, Anton Giedt, on this date. Mr. Geidt gave his assent to this motion.

### Certificate of Service

I hereby certify that a true copy of the above document was served upon each attorney of record via first class mail on May 25, 2004.

```
                                /s/Timothy Burke
                                Timothy Burke
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**Petitioner**

**v.**

**HERBERT YOLIN**
**Defendant**

MBD No. 03-10374-JLA

## APPEARANCE

To the Clerk of the above referenced Court please enter my appearance for the Defendant in the above titled action.

                                              Herbert Yolin
                                              by his attorney

                                              /s/Timothy Burke
                                              Timothy J. Burke
                                              Burke & Associates
                                              B.B.O.# 543837
                                              400 Washington Street
                                              Braintree, MA   02184
Dated: May 25, 2004                     (781) 380-0770

## Certificate of Service

I hereby certify that a true copy of the above document was served upon each attorney of record via first class mail on May 25, 2004.

                                              /s/Timothy Burke
                                              Timothy Burke

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**Petitioner**

**v.**

**HERBERT YOLIN**
**Defendant**

MBD No. 03-10375-JLA

### APPEARANCE

To the Clerk of the above referenced Court please enter my appearance for the Defendant in the above titled action.

                              Herbert Yolin
                              by his attorney

                              /s/Timothy Burke
                              Timothy J. Burke
                              Burke & Associates
                              B.B.O.# 543837
                              400 Washington Street
                              Braintree, MA   02184
Dated: May 25, 2004            (781) 380-0770

### Certificate of Service

I hereby certify that a true copy of the above document was served upon each attorney of record via first class mail on May 25, 2004.

                              /s/Timothy Burke
                              Timothy Burke