UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>HERBERT S. YOLIN,<br><br>    Respondent. | **MBD No. 03-10374-JLA**<br>**MBD No. 03-10375-JLA** |

**JOINT MOTION TO CONTINUE SHOW CAUSE HEARING**

    NOW COME the Parties, United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), and Herbert S. Yolin, by their attorneys, and hereby move this court to continue the Show Cause Hearing scheduled for August 5, 2004 to the week of September 20–24, 2004, or a date convenient to the court.

    As grounds for the continuance, the Parties state that the Respondent has agreed to meet again with the IRS over the next several weeks to attempt to resolve outstanding tax liability issues. Counsel for the United States also has a scheduling conflict with the August 5 hearing date.

Respectfully submitted,

| For the Respondent, | For the Petitioner, |
|---|---|
| HERBERT S. YOLIN | UNITED STATES OF AMERICA |
| | MICHAEL J. SULLIVAN,<br>United States Attorney |
| /s/ Timothy Burke (By: APG-USAO)<br>TIMOTHY BURKE<br>Burke & Associates<br>400 Washington Street<br>Suite 303<br>Braintree, MA 02184<br>781-380-0770 (Voice)<br>781-848-0330 (Fax)<br>tim@burkelaw.us | By:  /s/ Anton P. Giedt<br>ANTON P. GIEDT<br>Assistant U.S. Attorney<br>U.S. Courthouse, Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3309 (Voice)<br>617-748-3967 (Fax)<br>anton.giedt@usdoj.gov |
| DATED: August 4, 2004 | DATED: August 4, 2004 |

**CERTIFICATE OF SERVICE**

**I hereby certify that a true copy of the above document was served upon counsel for the Respondent by regular mail on August 4, 2004.**

          **/S/ Anton P. Giedt**
          **Anton P. Giedt**
          **Assistant U.S. Attorney**