FILED IN OPEN COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT

JUL 1 4 2004

RECEIVED

UNITED STATES OF AMERICA

Plaintiff

v.

Civil Action No.
03CV-10375-JLA

HERBERT YOLIN
Respondent

### HERBERT YOLIN'S MOTION TO LATE FILE ANSWER

The Respondent, Herbert Yolin, moves this honorable Court to late file his answer to the Petition of the United States. As reasons therefore, the Respondent states as follows:

1. That at the time of the Court's Order to Show Cause the Respondent was without counsel.

2. That counsel was retained very near the date for the scheduled date of the hearing of this matter.

3. That substantial effort and time was expended in producing documents for the Service.

4. That the failure to time answer was an oversight.

5. That the Petitioner is not prejudiced by the late filing as the facts underlying the Petition have changed in the last week.

WHEREFORE, the Respondent, requests that the Court:

1. Allow him to late file his answer;

2. Schedule a hearing on this Motion;

3. Grant such further relief as deemed necessary by the Court.

```
                                    Herbert Yolin
                                    by his Attorney

                                    /s/Timothy Burke
                                    Timothy J. Burke
                                    BBO# 543837
                                    400 Washington Street
                                    Braintree, MA   02184
Dated: July 14, 2004                (781) 380-0770
```

### Respondent's Certificate of Status of Compliance with Local Rule 7.1.

Respondent's counsel hereby certifies that his office telephoned counsel for the Petitioner on this date and was unable to communicate with same. As of the time of filing of this motion no agreement can be reached on narrowing the issue before the Court.

```
                                    Herbert Yolin
                                    by his Attorney

                                    /s/Timothy Burke
                                    Timothy J. Burke
                                    BBO# 543837
                                    400 Washington Street
                                    Braintree, MA   02184
Dated: July 14, 2004                (781) 380-0770
```

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record in hand on July 14, 2004.

/s/Timothy Burke
Timothy Burke